AKERMAN SENTERFITT LLP
DONALD M. SCOTTEN (CA 190532)
Email: donald.scotten@akerman.com
MICHAEL B. WALL (CA 252588)
Email: michael.wall@akerman.com
725 South Figueroa Street, 38th Floor
Los Angeles, California 90017-5433
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342

AKERMAN SENTERFITT LLP
JUSTIN D. BALSER (CA 213478)
Email: justin.balser@akerman.com
The Kittredge Building
511 Sixteenth Street, Suite 420
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714

Attorneys for Defendant
AURORA LOAN SERVICES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYISHA BENHAM, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AURORA LOAN SERVICES; BNC MORTGAGE INC.; ROBERT E WEISS, INC.;  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; UNITED HOME MORTGAGE CORPORATION; ASAD ZAFARI; KEITH HOUSTEAD; and DOES 1-20, inclusive,<br><br>　　　　　Defendants. | Case No. 3;09-CV-02059-SC (Assigned to the Hon. Judge Samuel Conti, Dept. 1)<br><br>**STIPULATION BY AND BETWEEN PLAINTIFF AND DEFENDANT AURORA LOAN SERVICES LLC REGARDING TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>**[LOCAL CIVIL RULE 6-1(A)]**<br><br>Complaint Filed: May 11, 2009<br>Trial Date: None |

TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiff Ayisha Benham ("Plaintiff") and Defendant Aurora Loan Services LLC ("Aurora") (collectively "the

1  Parties"), through their attorneys of record, that under the Local Rules of the United
2  States District Court, Northern District of California, Rule 6-1(a), in order to avoid
3  any dispute concerning the validity of service of both the initial complaint and the
4  amended complaint, the Parties hereby stipulate that Aurora shall have until July 31,
5  2009, to respond to Plaintiff's amended complaint.
6       It is so stipulated.

7  DATED: July 15, 2009            AKERMAN SENTERFITT LLP

9                                  By: /s/ Michael Wall
                                    Michael B. Wall
10                                  Attorneys for Defendant
                                    AURORA LOAN SERVICES LLC

13 DATED: July 15, 2009            Law Offices of Jonathan Stein

15                                  By: /s/ Jonathan G. Stein
                                    Jonathan G. Stein
                                    Attorneys for Plaintiff
16                                  Ayisha Benham

IT IS SO ORDERED
Judge Samuel Conti