CRIS A KLINGERMAN, ESQ.
State Bar No. 82108
Law Offices
ROBERT E. WEISS INCORPORATED
920 S. Village Oaks Drive
Covina, CA 91724
(626) 967-4302
cklingerman@rewlaw.com

Attorneys for Defendant
ROBERT E. WEISS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYISHA BENHAM,<br><br>Plaintiff,<br><br>vs.<br><br>AURORA LOAN SERVICES; BNC MORTGAGE, INC.; ROBERT E. WEISS, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS); ASAD ZAFARI; UNITED HOME MORTGAGE, CORPORATION; PARAMOUNT FINANCIAL, INC.; ARTHUR DAVID BACIGALUPO; CORY ROBERT BAKER; DAVID MARCUS ALLEN; TIERNAN JAMES LEE; KEITH HOUSTEAD and DOES 1-20 inclusive,<br><br>Defendants. | CASE NO. 3:09-cv-02059-SC<br><br>STIPULATION FOR NON-MONETARY STATUS OF FORECLOSURE TRUSTEE, DEFENDANT ROBERT E. WEISS, INC., AND ORDER THEREON |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective counsel, that Defendant Robert E. Weiss, Inc. (the "Foreclosure Trustee") has been named as a defendant in the above captioned action solely in its capacity as a trustee, and not arising out of any wrongful acts or omissions on its part in the performance of its duties as a trustee and will be bound by whatever order or judgment is issued by the Court regarding the subject deed of trust.

IT IS FURTHER STIPULATED AND AGREED that the Foreclosure Trustee shall not be required to participate or appear in any further proceedings in this action or trial, shall not be subject to any monetary awards for damages, attorney fees or costs, shall be required to respond to any discovery request as a non-party and shall be bound by any court order relating to the subject deed of trust that is the subject of this action or proceeding.

Dated: September 24, 2009

LAW OFFICES OF JONATHAN G. STEIN

By: _____
JONATHAN G. STEIN, ESQ.
Attorney for Plaintiff

Dated: September 24, 2009

ROBERT E. WEISS, INCORPORATED

By: _____
CRIS A KLINGERMAN, ESQ.
Attorney for Defendant
ROBERT E. WEISS, INC.

FOR GOOD CAUSE APPEARING IT IS HEREBY ORDERED, as follows:

1. The Foreclosure Trustee, Defendant Robert E. Weiss, Inc., is granted non-monetary status in this litigation;

2. The Foreclosure Trustee shall not be required to appear at any further proceedings or trial in this litigation or trial, except under a non-party subpoena;

3. Foreclosure Trustee shall be required to respond to any discovery requests as a non-party.

4. The Foreclosure Trustee shall be bound by any order or judgment issued by this Court regarding the deed of trust which is the subject of this litigation;

5. The Foreclosure Trustee shall not be subject to any monetary awards for damages, attorney fees, costs or otherwise;

Dated: October 28, 2009

By: _____
JUDGE OF THE UNITED STATES
DISTRICT COURT

STIPULATION FOR NON-MONETARY STATUS
-2-