IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYISHA BENHAM, | ) Case No. 09-2059 SC |
| | ) |
| Plaintiff, | ) ORDER TO SHOW CAUSE; |
| v. | ) <u>VACATING STATUS CONFERENCE</u> |
| | ) |
| AURORA LOAN SERVICES; BNC MORTGAGE, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ROBERT E. WEISS INCORPORATED; AJMAL AKBAR aka JAMAL AKBAR dba COMMUNITY ONE FINANCIAL and REAL ESTATE SERVICES; AJMAL AKBAR aka JAMAL AKBAR; KEITH HOUSTEAD and DOES 1-20 inclusive, | ) ) ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

Plaintiff submitted the Second Amended Complaint in this matter on October 30, 2009. As far as this Court is aware, Defendants Keith Houstead and Ajmal Akbar have not been served within the 120-day time limit required by Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiff is therefore ORDERED to show that these Defendants have been timely served, or to show good cause as to why these Defendants have not been served. A failure to do so will result in dismissal of these Defendants from this suit.

Plaintiff must show cause in writing, filed no later than Tuesday, March 16, 2010. The Show-Cause Hearing is scheduled for

Friday, March 19, 2010, at 10:00 a.m. in Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

In addition, the case management conference scheduled for Friday, March 5, 2010 is hereby VACATED.

IT IS SO ORDERED.

Dated: March 4, 2010



UNITED STATES DISTRICT JUDGE